**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** _____ | **Category No.** I | **Investigating Agency** DEA |

**City** Dorchester

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number    24-MJ-6894-MPK

Search Warrant Case Number    24-MJ-6880-6883-MPK

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☑ No

Defendant Name    Yunior Rafael Pena Brito                    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name:    Junior

Address:    Dorchester, Massachusetts

Birth date (Yr only): 2000    SSN (last 4#): NA    Sex: M    Race Hispanic    Nationality: Dominican

**Defense Counsel if known:**    Mark W. Shea    Address: 88 Broad Street, Suite 101

Bar Number: _____    Boston, MA 02110

**U.S. Attorney Information**

AUSA:    Leah B. Foley    Bar Number if applicable: _____

**Interpreter:**    ☑ Yes  ☐ No    List language and/or dialect: Spanish

**Victims:**    ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**    in custody

**Arrest Date:**    10/08/2024

☑ Already in Federal Custody as of    10/08/2024    in    Plymouth    .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/7/2024    Signature of AUSA:    *Leah B. Foley*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Yunior Rafael Pena Brito _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute 500 grams+ of methamphetamine and 400+ grams fentanyl | 1 |
| Set 2 | 21 U.S.C. § 853 | forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**